IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      CASE NO 19-70024-JAD

Richard E Hanes, and Kelly L Hanes,          Chapter 13
       Debtor(s).

Ronda J. Winnecour, Chapter 13
Trustee,
       Movant(s),

vs.

Richard E Hanes, and Kelly L Hanes,
       Respondent(s).

## CONSENT ORDER OF COURT DISPOSING OF LUMP SUM PAYMENT AND COMPLETING THE PLAN

WHEREAS, the Trustee has posted an insurance proceeds check in the amount of $16,650.48 on account of the Debtor(s) 2015 Jeep Renegade having been declared a total loss (the "Lump Sum");

WHEREAS, all secured and priority debt to have been paid in the Plan has been paid in full; the only remaining secured debt is long term continuing debt;

WHEREAS, the total pool of timely filed general unsecured creditors is $3,815.13;

WHEREAS, the Debtor(s) and Trustee agree to use the Lump Sum to effect an early completion of the plan on the following terms and conditions:

(1) Trustee shall refund $11,650.48 of the Lump Sum to the Debtor(s) at the first distribution after the requisite hold period for the payment has passed.

(2) The remaining $5,000 (together with such other balance on hand as the Trustee shall have) shall, after deduction of Trustee fees, be used to pay: (a) the balance due Debtor(s) attorney on account of his allowed fees (in the remaining amount of $575); (b) timely filed general unsecured creditors

      100%; and (c) the amount need to bring US. Bank Trust (Cl #5) current through February 2022, which includes implementing all filed and allowed payment change notices of record.

(3)     Debtor(s) shall resume long term continuing debt payment(s) beginning March, 2022.

(4)     Plan completion is subject to final audit. To the extent the funds retained are insufficient to fund what is need to complete the case at 100% the Debtor(s) shall pay in the shortfall. To the extent of any surplus, it shall be refunded.

So Ordered this _____ day of _____, 20_____.

                                                         _____
                                                         U. S. Bankruptcy Judge

<u>Consented to:</u>

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
<u>Attorney for Chapter 13 Trustee</u>

/s/ Terry L. Graffius
Terry L. Graffius
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
Contact phone 814-266-1799
Email:  tgraffius@lhrklaw.com
<u>Attorney for Debtor(s)</u>