**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO 19-70024-JAD |
| Richard E Hanes, and Kelly L Hanes,<br>    Debtor(s). | Chapter 13 |
| Ronda J. Winnecour, Chapter 13<br>Trustee,<br>    Movant(s), | Related to ECF No. 42 |
| vs. | |
| Richard E Hanes, and Kelly L Hanes,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT DISPOSING OF LUMP SUM PAYMENT AND COMPLETING THE PLAN**

WHEREAS, the Trustee has posted an insurance proceeds check in the amount of $16,650.48 on account of the Debtor(s) 2015 Jeep Renegade having been declared a total loss (the "Lump Sum");

WHEREAS, all secured and priority debt to have been paid in the Plan has been paid in full; the only remaining secured debt is long term continuing debt;

WHEREAS, the total pool of timely filed general unsecured creditors is $3,815.13;

WHEREAS, the Debtor(s) and Trustee agree to use the Lump Sum to effect an early completion of the plan on the following terms and conditions:

(1) Trustee shall refund $11,650.48 of the Lump Sum to the Debtor(s) at the first distribution after the requisite hold period for the payment has passed.

(2) The remaining $5,000 (together with such other balance on hand as the Trustee shall have) shall, after deduction of Trustee fees, be used to pay: (a) the balance due Debtor(s) attorney on account of his allowed fees (in the remaining amount of $575); (b) timely filed general unsecured creditors

Page **1** of **2**

100%; and (c) the amount need to bring US. Bank Trust (Cl #5) current through February 2022, which includes implementing all filed and allowed payment change notices of record.

(3)   Debtor(s) shall resume long term continuing debt payment(s) beginning March, 2022.

(4)   Plan completion is subject to final audit. To the extent the funds retained are insufficient to fund what is need to complete the case at 100% the Debtor(s) shall pay in the shortfall. To the extent of any surplus, it shall be refunded.

So Ordered this __11th__ day of ____February____, 20__22__.

Jeffery A. Deller     jah
United States Bankruptcy Judge

**Consented to:**

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Terry L. Graffius
Terry L. Graffius
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
Contact phone 814-266-1799
Email: tgraffius@lhrklaw.com
**Attorney for Debtor(s)**

FILED
2/11/22 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70024-JAD |
| Richard E Hanes | Chapter 13 |
| Kelly L Hanes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E Hanes, Kelly L Hanes, 501 Main Street, Shanksville, PA 15560-6201 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 14979596 | + | Bayview Loan Services, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14979597 | | Capital One, P.O. Box 86, City of Industry, CA 91716-0511 |
| 15420806 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 15003525 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2022 23:18:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15018870 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 11 2022 23:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15000876 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2022 23:18:34 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15301485 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 11 2022 23:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 14994439 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2022 23:18:36 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14998181 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | U.S. Bank Trust National Association |

14979598          ##          Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
　　on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Brian Nicholas
　　on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
　　on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
　　on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

Terry L. Graffius
　　on behalf of Debtor Richard E Hanes tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com

Terry L. Graffius
　　on behalf of Joint Debtor Kelly L Hanes tgraffius@lhrklaw.com  mbotteicher@lhrklaw.com

TOTAL: 8