**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD E HANES<br>KELLY L HANES<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>PA DEPARTMENT OF REVENUE*<br><br>　　　　Respondents | Case No. 19-70024JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| PA DEPARTMENT OF REVENUE*<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Court claim# 2/Trustee CID# 8 |

The Movant further certifies that on 02/17/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RICHARD E HANES, KELLY L HANES, 501 MAIN STREET, SHANKSVILLE, PA  15560 | DEBTOR'S COUNSEL:<br>TERRY L GRAFFIUS ESQ, LEVENTRY & HASHCAK & RODKEY LLC, 1397 EISENHOWER BLVD, RICHLAND SQ III SUITE 202, JOHNSTOWN, PA  15904 |
| ORIGINAL CREDITOR:<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA  17128 | ORIGINAL CREDITOR'S COUNSEL:<br>COMMONWEALTH OF PENNSYLVANIA**, OFC OF THE ATTORNEY GENERAL (PA REV NTCS), 1251 WATERFRONT PL, MEZZANINE LEVEL, PITTSBURGH, PA  15222 |
| NEW CREDITOR: | |