## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RICHARD E HANES                      Case No. 19-70024JAD

KELLY L HANES

               Debtor(s)

RONDA J. WINNECOUR,                  Chapter 13

Standing Chapter 13 Trustee,

               Movant                Document No __
           vs.

PA DEPARTMENT OF REVENUE*

             Respondents

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

     The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PA DEPARTMENT OF REVENUE*            Court claim# 2/Trustee CID# 10

BUR OF COMPL SECT-DEPT 280946

STRAWBERRY SQ

HARRISBURG, PA 17128

The Movant further certifies that on 02/17/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                        /s/ Ronda J. Winnecour

                        RONDA J WINNECOUR PA ID #30399

                        CHAPTER 13 TRUSTEE WD PA

                        600 GRANT STREET

cc: debtor(s)                     SUITE 3250 US STEEL TWR

    original creditor                 PITTSBURGH, PA  15219

    putative creditor                (412) 471-5566

    counsel for debtor(s)           cmecf@chapter13trusteewdpa.com

    counsel for the creditor(s) (if known)

DEBTOR(S):
RICHARD E HANES, KELLY L HANES, 501
MAIN STREET, SHANKSVILLE, PA  15560

DEBTOR'S COUNSEL:
TERRY L GRAFFIUS ESQ, LEVENTRY &
HASHCAK & RODKEY LLC, 1397
EISENHOWER BLVD, RICHLAND SQ III
SUITE 202, JOHNSTOWN, PA  15904

ORIGINAL CREDITOR:
PA DEPARTMENT OF REVENUE*, BUR OF
COMPL SECT-DEPT 280946, STRAWBERRY
SQ, HARRISBURG, PA  17128

ORIGINAL CREDITOR'S COUNSEL:
COMMONWEALTH OF PENNSYLVANIA**,
OFC OF THE ATTORNEY GENERAL (PA
REV NTCS), 1251 WATERFRONT PL,
MEZZANINE LEVEL, PITTSBURGH, PA
15222

NEW CREDITOR: