IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Richard E Hanes<br>Kelly L Hanes | : | Bankruptcy No.  19-70024-JAD |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No.    5 |
| Movant | U.S. Bank Trust National Association | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | No Respondent | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
    Creditor Name:    U.S. Bank Trust National Association
    Incorrect Address:    Selene Finance, LP
    9990 Richmond Ave.
    Suite 400 South
    Houston  TX  77042

Corrected Address:
    Creditor Name:    U.S. Bank Trust National Association
    Correct Address:    Selene Finance LP
    Attn: BK Dept
    3501 Olympus Blvd, Suite 500
    Dallas, TX 75019

Dated June 6, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on __June 6, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICHARD E HANES
501 MAIN STREET
SHANKSVILLE, PA 15560

KELLY L HANES
501 MAIN STREET
SHANKSVILLE, PA 15560

And via electronic mail to:

TERRY L. GRAFFIUS
LEVENTRY & HASCHAK, LLC
1397 EISENHOWER BLVD.
RICHLAND SQUARE III SUITE 202
JOHNSTOWN, PA 15904

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER, SUITE 970
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222

By: /s/ Angela Gill