Certificate Number: 14424-PAW-DE-036609388

Bankruptcy Case Number: 19-70024



14424-PAW-DE-036609388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2022, at 10:23 o'clock PM EDT, Kelly L Hanes completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 10, 2022                By:   /s/Edsie Lim

                                     Name:   Edsie Lim

                                     Title:   Certified Personal Finance Counselor